UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

RAFAEL LOPEZ,
Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

CASE NUMBER: **1:19-cv-00971-BAM**

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and the complaint having been filed in this action;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 17 day of July , 2019 .

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer