JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Lopez,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:19-cv-00971<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 1, 2020 to May 1, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF . All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. Good cause exists for this request. The week of 03/15/2020, Plaintiff's Counsel had 10 administrative hearings, two hearing preparation appointments with claimants, five letter briefs, one merit brief and one reply brief due. The week of 03/22/2020, Plaintiff's Counsel had seven administrative hearings, 10 hearing preparation appointments with claimants, seven letter briefs, one reply brief and two opening briefs due. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

1

Additionally, due to the ongoing pandemic with COVID 19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff. The Office of Hearings Operations is still conducting telephonic hearings. As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support. As a result, Plaintiff's Counsel requires additional time to brief this matter.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 30, 2020  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: March 30, 2020  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By: *\*/s/ Margaret Branick-Abilla*
Margaret Branick-Abilla
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on March 30, 2020)

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file his Opening Brief is GRANTED. Plaintiff shall file his Opening Brief on or before May 1, 2020. All other deadlines in the Court's Scheduling Order are extended accordingly. The parties are additionally cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **March 31, 2020** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE